# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey D. Allamon Jr.             CHAPTER 7
       Natalie J. Allamon aka Natalie J. Camino

            BKY. NO. 20-21035 GLT

         Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC unless in the state of RI, NH or NV, then use Federal Home Loan Mortgage Corporation and index same on the master mailing list.

            Respectfully submitted,

            **/s/James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            jwarmbrodt@kmllawgroup.com