**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey D. Allamon Jr.
Natalie J. Allamon
aka Natalie J. Camino**
   Debtor(s)

Bankruptcy Case No.: 20−21035−GLT

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 29, 2020

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey D. Allamon, Jr.  
Natalie J. Allamon  
     Debtors

Case No. 20-21035-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Jul 29, 2020  
                            Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.  
db/jdb     +Jeffrey D. Allamon, Jr.,  Natalie J. Allamon,  508 High Street,  Brownsville, PA 15417-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

           Charles O. Zebley, Jr.    on behalf of Joint Debtor Natalie J. Allamon COZ@Zeblaw.com, Lori@Zeblaw.com,Janet@Zeblaw.com  
           Charles O. Zebley, Jr.    on behalf of Debtor Jeffrey D. Allamon, Jr. COZ@Zeblaw.com, Lori@Zeblaw.com,Janet@Zeblaw.com  
           James Warmbrodt    on behalf of Creditor   AmeriHome Mortgage Company, LLC unless in the state of RI, NH or NV, then use Federal Home Loan Mortgage Corporation bkgroup@kmllawgroup.com  
           Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com  
                                                                                                   TOTAL: 6